IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 05-1134 |
| VARIOUS PARCELS OF REAL PROPERTY, including all improvements, fixtures and appurtenances thereto and therein, and A ROLEX WATCH, | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 19th day of April, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that Mortgage Electronic Registration Systems, Inc. (MERS) may proceed with its mortgage foreclosure action against the real property known and numbered as 379 Kenney Avenue, Pitcarin, PA 15140, provided that, in the event that there are any monies generated over and above the debt owed to MERS, such monies will be paid over to the United States.

The Clerk shall mark this case closed.

_Donetta W. Ambrose_
J.